**CRIS C. VAUGHAN** (SBN 99568)
VAUGHAN & ASSOCIATES LAW OFFICE, APC
371 Nevada Street, #5338
Auburn, CA 95603
**Mailing Address:**
P.O. Box 5338
Auburn, CA 95604
Telephone: (833) 481-1245
cvaughan@adasolutionsgroup.com

Attorneys for Defendant, Aambika Holdings, LLC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **David Robinson,**<br><br>    Plaintiff,<br><br>v.<br><br>**Aambika Holdings, LLC,**<br><br>    Defendant. | Case No.:  2:24-cv-02500-DJC-AC<br><br>**ORDER GRANTING STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Current Response Due: 10/09/2024<br><br>New Response Date: 11/29/2024 |

   Upon review of the Stipulation of Plaintiff, David Robinson, and Defendant, Aambika Holdings, LLC, and good cause appearing, the stipulation for an extension of time is granted.  Defendant Aambika Holdings, LLC, shall file its responsive pleading or before November 29, 2024.

Dated:  November 12, 2024

Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE